UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GILBERT R. FRIAS and REBECCA FRIAS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:23-cv-00207-SNLJ |
| MITSUBISHI CAPITAL CANADA LEASING, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the plaintiffs' notice of settlement [Doc. 54]. The Court having been advised that the parties have reached a settlement,

**IT IS HEREBY ORDERED** that all deadlines and the trial setting on November 9 to November 16, 2026 are **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file, within thirty (30) days of the date of this order, a stipulation for dismissal signed by all parties in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), designating whether the dismissal is with or without prejudice, or a proposed Consent Judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

**SO ORDERED** this 5th day of May, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE