IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GILBERT R. FRIAS and REBECCA FRIAS,<br><br>Plaintiffs,<br><br>v.<br><br>HANJRA TRANSPORTATIONS and GURKAMAL P.S. RANDHAWA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 1:23-cv-00207-SNLJ |

FILED
MAY 28 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

## RECEIPT OF SETTLEMENT PROCEEDS AND SATISFACTION OF ORDER AND JUDGMENT APPROVING WRONGFUL DEATH SETTLEMENT

COMES NOW, Plaintiffs Gilbert R. Frias and Rebecca Frias, and pursuant to the Order and Judgment Approving Wrongful Death Settlement entered by this Court entered on May 28, 2025, hereby acknowledges receipt from Defendants in the sum of Three Hundred and Fifteen Thousand Dollars ($315,000) in complete and full satisfaction of the Order and Judgment Approving Wrongful Death Settlement entered by this Court.

_____
**Gilbert R. Frias**

_____
**Rebecca Frias**

LAW OFFICES OF JAMES MCCLELLAN

By: _____
James M. McClellan, #32209
305 North Kingshighway
PO Box 825
Sikeston, MO 63801
(573) 471-8300
(573) 471-1974 (fax)
jmm-law@outlook.com
*Attorney for Plaintiffs*

310906796v.1