# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

FILED

MAY 28 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| GILBERT R. FRIAS and | ) | |
| REBECCA FRIAS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:23-cv-00207-SNLJ |
| | ) | |
| HANJRA TRANSPORTATIONS and | ) | |
| GURKAMAL P.S. RANDHAWA | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs Gilbert R. Frias and Rebecca Frias, and pursuant to the Order and Judgment Approving Wrongful Death Settlement entered by this Court entered on May 28, 2025, hereby dismisses their cause of action against Defendants with prejudice. Costs shall be borne as set forth in the Order and Judgment Approving Wrongful Death Settlement.

**Gilbert R. Frias**

**Rebecca Frias**

LAW OFFICES OF JAMES MCCLELLAN

By:

James M. McClellan, #32209
305 North Kingshighway
PO Box 825
Sikeston, MO 63801
(573) 471-8300
(573) 471-1974 (fax)
jmm-law@outlook.com
*Attorney for Plaintiffs*

310906796v.1